Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

MAR 0 4 2020

DISTRICT OF NORTH DAKOTA

United States of America
v.
Donald Bernard Sistrunk, Jr., a/k/a C

Case No. 1:20-cr-060-03

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Donald Bernard Sistrunk, Jr., a/k/a C   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Aiding and Abetting

Date: 03/05/2020

/s/ Renee Hellwig
*Issuing officer's signature*

City and state: Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/4/2020, and the person was arrested on *(date)* 8/14/2020
at *(city and state)* Detroit, MI.

Date: 8/20/2020

Laura M Boll FOR ICE, Detroit
*Arresting officer's signature*

Laura M Boll, DUSM
*Printed name and title*