# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> vs.  )  <br>  )  <br> Donald Sistrunk,  )  <br>  )  <br> Defendant.  ) | **RULE 5(f) ORDER**  <br><br> Case No.: 1:20-cr-60 |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2020.

                                                             */s/ Clare R. Hochhalter*  
                                                            Clare R. Hochhalter, Magistrate Judge  
                                                            United States District Court